# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOHN CARTER,<br><br>        Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., *et al.*,<br><br>        Defendants. | 2:17-cv-02388-APG-VCF<br><br>**ORDER** |

      Before the Court is the parties' proposed discovery plan and scheduling order (ECF No. 14).

      The parties have listed Ann Scott as Plaintiff in the caption and the body of the proposed discovery plan and scheduling order. *Id.* Ann Scott is not a party to this action.

      Accordingly,

      IT IS HEREBY ORDERED that the parties' proposed discovery plan and scheduling order (ECF No. 14) is STRICKEN.

      DATED this 27th day of March, 2018.

                                                                                                      CAM FERENBACH<br>
                                                                                                       UNITED STATES MAGISTRATE JUDGE