# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CARTER,<br><br>    Plaintiff<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>    Defendant | Case No.: 2:17-cv-02388-APG-VCF<br><br>**Order Denying as Moot Motion for Summary Judgment and Stipulation**<br><br>[ECF Nos. 21, 23] |

In light of the parties' notice of settlement (ECF No. 25),

IT IS ORDERED that the motion for summary judgment **(ECF No. 21)** and stipulation **(ECF No. 23) are DENIED as moot**.

DATED this 17th day of September, 2018.

                                                              _____
                                                              ANDREW P. GORDON
                                                              UNITED STATES DISTRICT JUDGE