JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., d/b/a SMITH'S FOOD AND DRUG CENTER #372, a Foreign Corporation; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO. 2:17-cv-02388-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties to this litigation and their counsel of record participated in a voluntary, private mediation which resulted in a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOHN CARTER and his attorney of record, Kym Cushing, Esq. of the RICHARD HARRIS LAW FIRM, Attorneys for Plaintiff, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1. Plaintiff JOHN CARTER'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

CLAC 4698417.1

2. That any pending deadlines established by the Court and/or any hearings be vacated.

DATED this 1st day of November, 2018.

| RICHARD HARRIS LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Kym Cushing, Esq. | /s/ Jerry S. Busby, Esq. |
| KYM CUSHING, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 004242 | Nevada Bar No. 001107 |
| 801 South Fourth Street | 1835 Village Center Circle |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89134 |
| (702) 444-4444 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| JOHN CARTER | SMITH'S FOOD & DRUG CENTERS, INC. |

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: November 5, 2018.

CLAC 4698417.1